UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at FRANKFORT

| | | |
|---|---|---|
| PAUL HAROLD NEWTON, JR. | ) | |
| | ) | Civil Action No. 3:06-42-KKC |
| Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY STATE POLICE, et al. | ) | **JUDGMENT** |
| | ) | |
| Defendants | ) | |

**\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

1.      The Complaint filed under 42 U.S.C. § 1983 by Plaintiff Paul Harold Newton, Jr. [R. 1] against Defendants David Decker; Kevin Calhoon; Mack Rayburn; Kevin Dunn; Shane McKenzie; William Graham; Roger Crittenden; Larry Cleveland; Thomas Wingate; Ricky Sparks; Heather Sherrow; Linda Bemis; Sabina Trivette; Dr. Waldridge; Jeff Abram; Tim Flowers; H. Stevens; Casey Mahoney; Ted Hammermeister; William Read; Richard Rodgers; R. Mazzacone; Phillip Grimes; John Banta; Officer Hardin; Mark McKeehan; Kentucky State Police; Franklin County Regional Jail; Franklin County Courthouse; and Linda Shannon is **DISMISSED WITH PREJUDICE** and Judgment is **ENTERED** in favor of these Defendants.

2.      The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

3.      This matter is **STRICKEN** from the active docket of the Court.

Dated this 11th day of March, 2009.

Signed By:

*Karen K. Caldwell*

**United States District Judge**